UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Henry B Berrocal*

_____

Write the full name of each plaintiff.

No. _____

(To be filled out by Clerk's Office)

-against-

*1 Stephanie Boyd Texas district judge*
*2 Joel Perez texas district judge*
*3 Javier Salazar sherriff jail officer*
*See attachment for more details*

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes     ☐ No

RECEIVED
SEP 18 20
PRO SE OFFICE

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: _1st, 2nd, 4th, 5th, 6th, 8th, 14th USA amendments_

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_Henry_                    _B_                    _Berrocal_
First Name                Middle Initial          Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_Bexar county sail SID 1171539_
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_Bexar county Adult Detention Center_
Current Place of Detention

_200 N Comal_
Institutional Address

_Bexar county, San antonio TX_              _78207_
County, City                          State          Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other:

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:     Stephanie          Boyd
                First Name              Last Name              Shield #

                Texas District Judge
                Current Job Title (or other identifying information)

                101 W nueva
                Current Work Address

                Bexar county, San antonio TX        78205
                County, City           State              Zip Code

Defendant 2:     Joel              Perez
                First Name              Last Name              Shield #

                Texas District Judge
                Current Job Title (or other identifying information)

                101 W nueva
                Current Work Address

                Bexar county, San antonio TX        78205
                County, City           State              Zip Code

Defendant 3:     Javier            Salazar
                First Name              Last Name              Shield #

                Sheriff Officer
                Current Job Title (or other identifying information)

                200 N comal
                Current Work Address

                Bexar county, San antonio TX        78205
                County, City           State              Zip Code

Defendant 4:
                First Name              Last Name              Shield #

                Current Job Title (or other identifying information)

                Current Work Address

                County, City           State              Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence:    *See attachment*

Date(s) of occurrence:    *See attachment*

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

*see attachment*

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

*See attachment*

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

*See attachment*

## VII.    PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

09/11/2024
Dated

Henry B Berrocal
Plaintiff's Signature

Henry
First Name

B
Middle Initial

Berrocal
Last Name

200 N comal
Prison Address

Bexar county, Sananfonio TX          78207
County, City          State          Zip Code

Date on which I am delivering this complaint to prison authorities for mailing:  09/11/2024

Page 1st

## Statement of Claim

Stephanie Bord Texas district court individual and official capacity

On January 9th 2024, In my federal duties as Chef Executive Officer of the USA Civil right and Criminology research. Many lawyer(s) and the family gonzalez complaint regarding the illegal detention of the family gonzalez On 01/09/24 I went to the Bexar County Courthouse to investigate and exercise my 1st amendment freedom of press in the Gonzalez family trial. I went to the courtroom where stephanie Bord judge was presiding the trial. For not reason she command the Baliff to remove me out of the court room. I spoke up and educate stephanie she was violating my civil right(s) 1st amendment freedom of speech. I was kick out, but I stared in the Courthouse benches. 2 to 3 hour(s) later over 2 baliff(s) approch me that Stephanie wanted to speak to me. Stephanie tried to incrimindize me in violation of my 5th and 4th amendment that I was trying to manipolate the Jury. I denied to answer her question(s). She command one baliff to handcuff me By force I declared my name and credentials Stephanie then proceed to state "I will block you IN All courts of Texas, you can't come to any court of Texas or write filing(s) motion(s) writ(s) or lawsuits, you can come only if you are a witness". I blessed the judge with God jesus christ and left. Then, 30 minutes later I went to the USA courthouse western of district of Texas to report the incident claim. The clerk officer told me to come back with the written complain.

Page 2nd

On the next day I went to the Western District of Texas USA courthouse. I was walking to the clerk's office and inside the court I was arrested by the USA marshall. The USA marshall(S) block me to file the lawsuit and another default judgements against the state of Texas in a different lawsuit that I was illegally incarcelated by the police of San antonio Texas. Please read U.S.A. Courthouse western district of texas San antonio division, Henry B Berrocal V San antonio police department headquater(S) case number SA-23-CV-01319-JKP-HJB to understand this claim. The Texas state trooper(S) came to pick me up in the USA courthouse western district. I was place and tiffer to Bexar county adult detention center to find out Stephanie Bord increase my bond from 25K to 500K for apperantly no reason, she place a psychiatric evaluation because I bless her with God in violation of my 2st, 4th, 6th and 8th 14th ammendment of the USA Freedom of religion, illegal arrest, I never had a hearing for bond revocation in violation of my 6th and 14th ammendment with a massive bond of 500k excessive bail 8th. all this ruling(S) place in bad faith with malice. Stephanie Bord while incarcelated with the corruption of Joel Perez Texas district judge illegally indict me, increase my bond again from 500K to 750,000. They manipulate everything to illegally incarcelate me in prison. In jail, they house me with a killer in attemp to kill me next to a guy who had over 5 million bond.

Page 3rd

Joel Perez District judge Texas individual and official capacity.
I was assigned joel perez that On January 11th 2024 he place
an order or judgement to deprive my 1st amendment to avoid
talking to inmates in my federal duties and investigations.
Joel Perez judge with malice and bad faith keep my
bond to 750K a motion for bond reduction in the last 8
months I was incarcelated. I file over 50 motion(s) including
motion(s) for bond reduction, surpress illegal search and seizure,
quash indictment, speedy trial
writ(s) writ of Habeus corpus for, excessive bail, bond rainstrainent,
release due to dalay, writ of mandames and more. Joel Perez
has respond to 0 of my motion depriving my liberty which
is a crime under federal law.
On April 19th 2024 judge Joel Perez denied my motion
for speedy trial he said later on may 31 2024 "I denied
all your speedy trial(s) because it is too early for trial" However
under the speedy trial Act of the USA say that a state
minimum must arrange speedy trial within a maximum 60 days
In the Federal case Mcneely vs Blancas 336 F. 3d 822
(9th Cir. 2003) the court immediately release the defendant after
3 years of delay by the state. I am detained since April 24th
2024 and still no arrangement for speedy trial. My attorney has
done nothing and deny to file motions since January 11th 2024
I am waiting in jail with a massive 750K bond in the worse
conditions in jail next to the most dangerous - wanted criminal(s)
of the U.S.A. Since January 11th nothing has change on my case
I am waiting for nothing reduce my bond, speedy trial or release me

Page 4th

Joel Perez violate my liberty, 1st, 4th, 5th, 6th, 8th and 14th amendment of the USA freedom of speech, seized my liberty with corrupt ruling(s), deprivation of liberty, deny speedy trial, uphold massive bond of 750K and my due process of law.

— Javier Salazar individual and official capacity I will file all jail condition(s) and civil right violation(s) when I can release to avoid retaliation from jail staff

It is more people involved and civil rights violations for now the first thing I want is to be release out of this jail torture, more institutions, departments, staff etc. I want to leave this claim ~~unanswer~~ go to new york city and finish my petition.

NOTE everything I said is on video evidence in the Bexar county ~~do~~ courthouse, USA western district of Texas and officers in Texas and state or federal body camera(s)

— Stephanie Boyd courthouse Bexar county evidence 01/09/24 and 01/10/24 check all illegal ruling(s) on my case
— illegal arrest USA courthouse western district of texas 01/10/24 or 01/11/24
— Joel Perez ruling(s) and May 31th 2024 courthous Bexar county criminal district courtroom 437

Henry B Berrood
Chief Executive Officer of the USA

# Relief (s)

– Henry B Berrocal will request a compesatory damage compensation against Stephanie Boyd of 500k in her individual capacity plus an extra 500k as punitive damage for the massive civil right(s) violation(s) that with bad faith and malice impose to destroy my life and attemped to kill me illegally increasing my bond placing me with the most dangerous criminal(s) corrupting legal paper work to place me in the worse joil conditions a total of 1 million dollars

– Henry B Berrocal will request a compensatory damage compensation against Joel perez of 300k in his individual capacity and 300k in as punitive damage for the massive corruption to place and deprive my liberty with malice and bad faith for 8 month(s) The Judge has do nothing to change my case to protect this corruption a total of 600k six hundred thousand dollars.

– I want an apology letter from Stephanie boyd and Joel perez for the massive violation(s) of civil right(s) including one on behalf of the state of Texas.

# Relief (S)

Henry B Berroal will request a compensatory damage compensation against Joel Perez and Stephanie Bord in their OFFICIAL CAPACITY OF 25 million dollars and an extra 25 million dollars as pontitive damage against the State for the following reason total of 50 million dollars

- The massive amount of Civil rights violations,
- Their filling(s) deprive my liberty for 8 month(s)
- The massive emotional distress in jail thinking about their corruption
- Due to their corrupt filling I suffer massive torture and punishment in jail including living for 8 months with the most dangerous-wanted criminals
- Irreparable harm and special conditions that the judges damage my character in the new(s)
- Due to the illegal incarceration and massive bond of 750K I coundn't bond out I lost my life homeless I lost over 2 million dollars and 3 business including
- my house worth 1.5 million dollars with 10 tenant(s) in business revenue of 100K per year
- I lost 4 car(s) Nissan titan 2024 luxury edition worth 80K for fiesta 7K, Ford F450 2011 worth 40K and Ford F150 2009 worth 10K
- furniture of 150K including all my belonging(s) furniture etc jewdry and 3 business with unrealized value of 12 million dollars in stock value; Elegant happss LLC realestate revenue 100K per year cycle of mavement LLC 30K per year and Humanity for wisdom 50K per year total of 180K yearly income I lost 2 years of income total of 360K

## Relief(s)

I lost my life including that I was sick with Hepatitis C in massive pain in jail. I was about to die untreated my dental health I was in the middle of aligner treatment in massive pain in my mouth for the refinent of my teeth for not wearing the proper aligner(s)

- I lost friend(s) investor(s) donator(s) including future plans to build houses with my business. I lost my millionare life for a lie and an illegal arrest everything sometimes I feel is a dream like a fantasy is hard for me to believe is real.

- I am force to abandon texas because who wants to live in a state who arrest you with 0 evidence and destroy my life. All damages. T

The judges stephanie boyd and joel perez ruling(s) destroy my life for 8 month(s) all civil right(s) violator(s). The only thing that I care was JUSTICE for all those illegally incarcelated. In jail soffer hunger, material lost, family, money, kid(s). And you know, I don't regret it because in god and jesus christ I lost my life defending the vulnerable even if I had to sacrifice my life.

- My credit score of 805 top 2% ruin. I will never get back a loan to buy nothing a house, car, bussiness loans, rent an apartment, many job(s) nowdays require a good credit score. I lost absolutly everything. I always done thing(s) in my life alone. I never need anything from nobody. The police with 0 evidence went to my house kidnap me in jail and then again the corrupt judges

Henry B Berrocal
Chief Executive Officer of the USA

Preliminary   Injunction (s) against state of Texas

- To realease me immediately is absolubly O evidence of the
carve they acussing me of. The Texas state is keeping me in
defention with O probable cause 4th amendment violation
- To release me out of jail and close all my criminal charges I
file for speedy trial and the state denyed my constitutional
right read Federal case Mcneely VS Blancas (9th Cir 2003)
- Or enforce speedy trial I can't be here in jail with low food
intake starving me, in a cell 23hrs to 40hrs without dayroom next to
the most dangerous criminals, Shekle all day.
- Or enforce Motion for bond reduction my bond is 750K for
no reason. This Texas psychopath judges increase it for no reason
violation of 8th ammendment. I am treated as a extreme dangerous
terrorist Shacklt all day every where I go.
- Vacate all stephence Boyd and Joel perez illegal ruling(s)
judgement(s) or order(s).
- Enforce quash indictment as it is illegal Boyd attempt to
Illegally incarcerated me in corruption with joel perez
- revoke, null, or vacate any malicious psychiatric evaluation
I am not crazy and is O histoy of myself with psycho issues
- Unblock me and provide an injunction in copy format that
I can use all state of Texas courthouse(s) (stephone Boyd block
me to file any legal matter).

Henry B Berrocal
Chief Executive officer of the USA

# Injunctions Against the state of Texas

- Fix the indictment time. All states of the USA indict individual(s) within 30 to 60 day. Texas takes 90 days is the only state to take so long. Due to Texas Massive Civil right(s) violation fix their law and make the state indict everyone within **21 day(s)**

- The speedy trial law(s) in Texas are unconstitutional. Fix Texas law and enforce speedy trial in texas within 45 day(s) respecting the Federal minimum requirement(s) of 60 days speedy Trial Act of the USA

- Create a USA department to actively investigate Civil Rights violation(s) and enforce Felony examination(s) in protection of
1st, 2nd, 4th, 5th, 14th due process
6th speedy trial Act
8th Bond reduction
As a Chief Executive Officer of the USA I was performing the above task, but is not grant(s) or legal Aid
The USA is the 1st country with the most incarcerated People
- Enhance Irreparable harm and special condition(s) to be release in illegal arrest(s).



# COUNTY CLERK & DISTRICT CLERK
## COURT RECORDS SEARCH

Civil court case records are no longer provided in search results. To search civil data, visit the **Bexar County Portal Smart Search** (https://portal-txbexar.tylertech.cloud/Portal/).

# Case #2024CR1587

**Mag Case Number**: NM709932

**Name**: HENRY BRYAN BERROCAL

**SID**: 1171539

**Judicial Number**: 2121787

**Case Status Date**: 3/6/2024

**Case Status**: AWTG TRIAL

**Court** : D437

**Location** : JAL

**Fine Amount** :  0.00

**Court Costs** :  0.00

**Sentence** : 0000000000

**Disposition Date** : N/A

**Disposition Status** :

**Offense Date** : 4/24/2023

**Offense Description** : AGG ASSLT W/DEADLY WPN

**Judgment Date** : N/A

**Judgment** :

**Attorney Name** :

**LDC** : CANTRELL, ANTHONY B

# Case Events

*Currently viewing all 85 records*

| Date | Description |
|------|-------------|
| 3/6/2024 | TRIAL DATE SET |
| 3/6/2024 | AWTG TRIAL |
| 2/8/2024 | DA FILE RCVD S.M.40330 |
| 2/6/2024 | ATTY NOTICE FAXED FOR SETTING 03062024 |
| 2/6/2024 | ATTY NOTICE EMAIL FOR SETTING 03062024 |
| 2/5/2024 | REL OF LIABILITY 2019631 |
| 2/5/2024 | BOND CLOSED 2019631 |
| 2/5/2024 | DC FILE FORWARD TO D437 |
| 2/5/2024 | DC FILE REC IN CRT D437 |
| 2/2/2024 | ARRAIGNMENT SET |
| 2/2/2024 | AWTG TRIAL SETTING |
| 2/1/2024 | INDICTED BY GJ |
| 2/1/2024 | GRAND JURY REPORT V1721P0429 |
| 2/1/2024 | DIST COURT ASSIGND D437 2024CR1587 |
| 2/1/2024 | Offender record se nt to VINE2121787001 |
| 2/1/2024 | Charge record sent to VINE 2121787001 |
| 2/1/2024 | PRECEPT/INDICT ISS |
| 1/30/2024 | BOND SET 750000.00 0000000 |
| 1/29/2024 | AFF OF SURETY GRANTED 2019631 |
| 1/24/2024 | EFILE ENVELOPE NBR 83766740 |
| 1/24/2024 | AFF SURETY TO SURR 0 |
| 1/24/2024 | AFF VERF INCAR 0 |
| 1/24/2024 | AFF SURR FILED 2019631 |
| 1/24/2024 | AFF SURETY TO SURR 25000.00 2019631 |
| 1/24/2024 | AFF VERF INCAR BEXAR 2019631 |
| 1/16/2024 | ORD COMP EXAM V1739P1719 |
| 1/16/2024 | ORD OF REFERRAL V1739P1720 MAG CRT |
| 1/16/2024 | REF COMP SENT MAG |
| 1/16/2024 | REF COMP RECVD MAG FRM 437TH |
| 1/16/2024 | COMP GRANTED FROM 437TH |
| 1/16/2024 | CRT ORD PSYCH EVAL V0000P0000 (COMP) |
| 1/16/2024 | AWTG PSYCH EVAL |
| 1/12/2024 | WARRANT RETURNED 1857357 |
| 1/11/2024 | BOOKED B20240135701 |
| 1/11/2024 | WARRANT EXECUTED 1857357 |

| Date | Description |
|------|-------------|
| 1/11/2024 | DEF. MAGISTRATED |
| 1/11/2024 | Offender record se nt to VINE2121787001 |
| 1/11/2024 | Charge record sent to VINE 2121787001 |
| 1/10/2024 | MTN INCREASE AND AMEND CONDS OF BOND |
| 1/10/2024 | OR INC BND/AMD CON V1739P1718-GRANTED |
| 1/10/2024 | BOND INCREASE 500000.00 2019631 |
| 1/10/2024 | CONDS: GPS FULL HS ARREST, DRUG/ALCHL |
| 1/10/2024 | TSTG, SUBMIT TO DRUG/ALCHL TSTG, |
| 1/10/2024 | PLACED ON INTENSIV SUPV DURING PENDENCY |
| 1/10/2024 | OF TRIAL, SUBMIT TO ELECTRONIC MONITR |
| 1/10/2024 | ORD NO CNTACT/NHOI NC W/ |
| 1/10/2024 | ERIC GONZALEZ-LOPE Z AND HIS FAMILY, |
| 1/10/2024 | 187TH DIST COURT, JDG STEPHANIE BOYD, |
| 1/10/2024 | AND ANY CRIMINAL DEFT CURRENTLY |
| 1/10/2024 | INCARCERATED AT THE BX CNTY JAIL AND |
| 1/10/2024 | INTENSIVE SUPV |
| 1/10/2024 | BY ORDERS OF JUDGE JOEL PEREZ |
| 1/10/2024 | WARRANT ISSUED 0000000 |
| 1/10/2024 | BOND INCREASE |
| 1/10/2024 | WARRANT RECEIVED 1857357 |
| 1/10/2024 | Pretrial Supervisi on terminated UNSAT |
| 1/9/2024 | EFILE ENVELOPE NBR 83246432 |
| 1/9/2024 | MT APPOINT PSYCHIA TRIST |
| 1/9/2024 | EFILE ENVELOPE NBR 83250518 |
| 1/9/2024 | MT INCREASE BOND |
| 6/16/2023 | DC RECEIVED BOND 2019631 |
| 6/10/2023 | BOND MADE 25000.00 2019631 |
| 6/10/2023 | SID 0415389 B20231455801 2019631 |
| 6/10/2023 | REL'D ON BOND |
| 6/10/2023 | Pretrial Supervisi on started |
| 6/10/2023 | RELEASED FROM JAIL |
| 6/10/2023 | Offender record se nt to VINE2121787001 |
| 5/24/2023 | PRE-HEARING SET D437 |
| 5/3/2023 | INTAKE DA 24074324 |
| 5/3/2023 | DA INVESTIGATOR 0774532 |
| 5/3/2023 | LTR RCVD FRM DEFT |
| 5/2/2023 | GJ NUMBER ASSIGNED GJ797622 |
| 4/25/2023 | BOOKED B20231455801 |
| 4/25/2023 | BOND SET 25000.00 0000000 |

| Date | Description |
|---|---|
| 4/25/2023 | DEF. MAGISTRATED |
| 4/25/2023 | AWTG INDICTMENT |
| 4/25/2023 | Offender record se nt to VINE2121787001 |
| 4/25/2023 | Charge record sent to VINE 2121787001 |
| 4/25/2023 | DEF ATTORNEY APP 03763180 |
| 4/25/2023 | ATTORNEY APPOINTED V1705P2180 |
| 4/25/2023 | SPEC COND BND LOCK |
| 4/25/2023 | ORDER NO CONTACT ORDER |
| 4/25/2023 | NO FIREARMS PPOU |
| 4/24/2023 | F2 130116 AGG ASSL T W/DEADLY WPN |
| 4/24/2023 | COMPLAINT FILED NM 709932 |

USA court house southern district of New york
Manhattan division New york - New york

## Advisory to the court

~ I am missing many legal claim for civil rights
violation including malicious persecution which require my
criminal cases to be closed

~ In good faith I left Javier Salazar case open
pending claim (I don't want to be kill in jail or avoid retaliaten
until I am release from jail) In the free world I'll write my claim.

~ I am missing ~~ claim~~ civil rights claims against the
U.S.A, Western District of Texas illegal arrest in conspiracy to
help Texas violate my civil rights and other issues against the state of TX

~ I am missing more claim(s) against the city san antonio
officer(s), state trooper(s) federal officers, state and federal departments.
I want to first be release, closed my criminal cases, abandon
the state of Texas, go to New york city where I was born
and finish other claim(s).

~ Right now the most important thing is recover my freedoms
in the future
~ I have to abandon everything in Texas because 2 times the
state try to kill me or they keep incarcelating me for O
reason. Basically go to my house and kidnap me based on
people's lies and believe mentally ill people. As ~~an~~
example in my criminal case James M Garcia.
The police has all their life time to investigate I don't
know why the rush to arrest me and destroy my life.
or the judges manipulate my case to illegally incarcelate me
It is evil, demonic, in bad faith with malice to destroy
my life and eventually kill me.

Henry B Berroad

Important legal procedure(s)

- I already exhisted all my state remedies in a fair document(s) I notify the Texas district court house, 4th court of appeal(s), the Texas supreme court and the highest Texas court of criminal appeal about civil rights violation. The court(s) never responded.

- My spedy trial was denie on April 2024 check my criminal case records(s)

- I had unrefective assistance of counsel my attorney Anthony Contrell denie to file since February 2024 motion to quash indictment, suppress illegal arrest, bond reduction, and writ(s) for release and bond reduction and counsel misconduct avoid my request for filing(s)

- I want to claim Texas unavailable or inneffective remedies harmful error(s) - Prosecutical misconduct extreme overcharge.

- I was block from all State of Texas to avoid filing(s)

- Judicial misconduct illegal arrest in bexar county courthouse on 01/09/24 with bad faith-malice judgement and ruling(s)

No answer from judges, attorners nothing I am here in limbo waiting for nothing because the state already deny my speedy trial. I tried to enforce it with writ of Mandamus, but not response from Texas court(s) vius notification of all federal constitution violaton(s)

- 1st freedom of religion, press
- 4th illegal serch and seizure
- 5th deprivation of liberty life property and 14th amendment due process of law
- 8th excessive bail
- 6th right for speed trial effective assistance of counsel

Henry B Beroud

## List of Proceeding(s) and Federal Ruling(s)

On January 10th, 2024 I was illegally arrested by the marshal(s) to be honest I don't know if the USA courthouse western District of Texas is corrupted with bexar county. but know I prefer to file in Southern District of New york were I was born. The USA southern District will bring Justice and due their due deligence without biases.

On September 4th 2024 the 5th circuit court of Appeals USA ruled. "Berrocal doesn't challenge the district court's ruling that to the extent he raised civil right(s) claim(s), a 42 U.S.C. Q 1983 was the proper vehicle.

As such know I am filing my 1983 complain in the New york Southern district of Newyork manhatten division.

From Henry B Berrocal #1171539
Bexar County Adult Detention Center
200 N comal San antonio TX 78207

To USA courthouse Souther
of New York Manhattan Division
Clerk's office proSe intake Un
500 Pearl Street New York NY



San Antonio PMDC 782
THU 12 SEP 2024 PM

FOREVER USA